UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-00469-SVW -AGRx | Date | December 28, 2011 |
|---|---|---|---|
| Title | Solid 21, Inc. v. Ulysse Nardin, USA Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     IN CHAMBERS ORDER re ORDER TO SHOW CAUSE

     On December 12, 2011, this Honorable Court ordered counsel to Show Cause why this case should not be dismissed for lack of prosecution. The Court is in receipt of Plaintiff's response dated December 27, 2011. The Court VACATES the Order to Show Cause dated December 12, 2011.

The Court sets a new Order to Show Cause. It is ordered that counsel show cause in writing not later than January 26, 2012 why this action should not be dismissed for lack of prosecution.

    :

Initials of Preparer     KTI